**FILED**

**OCT 26 2020**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER JOSEPH, )
)
        Plaintiff, )
)
v. ) Civil Action No. 1:20-cv-02346 (UNA)
)
UNITED NATIONS HIGH )
COMMISSIONER FOR REFUGEES, *et al.*, )
)
        Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, application for leave to proceed *in forma pauperis*, and motion for appointment of counsel. The Court will grant the *in forma pauperis* application, dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), mandating dismissal of a complaint which fails to state a claim upon which relief can be granted, and deny the motion for appointment of counsel as moot.

Plaintiff, a resident of Seattle, Washington, alleges that Douglas County (Nebraska) Child Protective Services ("CPS") committed fraud and violated his constitutional rights. More specifically, he alleges that, in the years 2006–2008, in the course of an investigation, these local Nebraska officials "kidnapped and sold" his children while he was "under the refuge[e] protection status." He demands the return of his children and seeks damages pursuant to 42 U.S.C. § 1983.

Plaintiff has failed to state a claim upon which relief may be granted. He is aggrieved regarding the actions of the Douglas County CPS; however, he has instead sued the United Nations High Commissioner for Refugees, the United States Department of Health and Human Services, the United States Department of Homeland Security, and the United States Citizenship and Immigration Services. The intended claims and relief sought from the named defendants is

unclear. Though plaintiff has indicated that he is a refugee, it is unclear what connection, if any, these defendants have to the claims arising out of his grievances with Douglas County CPS.

As such, the complaint is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. An order consistent with this memorandum opinion is issued separately.

/s/
RUDOLPH CONTRERAS
United States District Judge

Date: September 29, 2020